```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :
ELAINE M. ALLIN                     :    BK No. 08-13447
         Debtor                          Chapter 13
- - - - - - - - - - - - - - - - - -x
```

### ORDER

Heard on January 15, 2009, on the Chapter 13 Trustee's objection to confirmation of the Debtor's Chapter 13 Plan. During oral arguments the Trustee agreed that his objection would be controlled on both counts by our decision (then under advisement) in the case *In re Burbank*, 08-11620. On February 24, 2009, this Court issued an Opinion and Order Overruling Trustee's Objection to Plan Confirmation in that case. *See In re Burbank*, No. 08-11620, 2009 WL 455128 (Bankr. D.R.I. Feb. 24, 2009). In light of *Burbank*, the Trustee's objection to confirmation in this case is **OVERRULED**.

Dated at Providence, Rhode Island, this 16th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　／s／ Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Entered on docket: 3/16/09